1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 ANDRE SMITH, )
 )
8                Plaintiff, )
 )          3:12-cv-00556-RCJ-WGC
 vs. )
9 )
 ANTHONY RIVARA et al., )          **ORDER**
10 )
                Defendants. )
11 _____ )

12        This case arises out of a bank's alleged failure to clear a check deposited by an

13 acquaintance of pro se Plaintiff Andre Smith before Plaintiff himself attempted to cash it,

14 ultimately resulting in a $900 loss.  Plaintiff asks for relief in the amount of $25,900 based upon

15 fraud, perjury, and the Sixteenth Amendment.  First, the Court denies the Motion to Transfer

16 Venue (ECF No. 1).  Plaintiff has waived any challenge to venue by filing his action here.

17 Second, the Court will order Plaintiff to show cause why the case should not be dismissed for

18 lack of subject matter jurisdiction or failure to state a claim.  Actions under state law in the

19 federal courts only lie if the parties are completely diverse and the amount in controversy exceeds

20 $75,000. *See* 28 U.S.C. § 1332(a).  Here, Plaintiff has specifically alleged facts negating

21 diversity.  Furthermore, perjury is not a common law cause of action, Plaintiff has failed to plead

22 fraud with particularity, and Plaintiff has not served any Defendant.  Although a federal claim

23 could support supplementary jurisdiction over the state law claims, there is no cause of action to

24 enforce the Sixteenth Amendment, which concerns the United States' power to levy income

25 taxes against individuals.

1

**CONCLUSION**

2        IT IS HEREBY ORDERED that the Motion to Transfer Venue (ECF No. 1) is DENIED.

3        IT IS FURTHER ORDERED that Plaintiff shall show cause within fourteen (14) days of

4  the entry of this order into the electronic docket why the case should not be dismissed for failure

5  to state a claim.

6        IT IS SO ORDERED.

7  Dated this 26th day of April, 2013.

8        _____
            ROBERT C. JONES

9            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                              Page 2 of  2